# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:23-cr-0115 |
| ANTONIO TOOMBS, | : | |
| | | Judge Hopkins |
| Defendant. | : | |

## NOTICE OF RECOMMENDATION FOR APPOINTMENT OF COUNSEL

The Federal Public Defender's Office for the Southern District of Ohio respectfully recommends that Scott Rubenstein, 125 E. Court Street, Suite 1000, Cincinnati, OH 45202, be appointed to represent the defendant, Antonio Toombs, in the above-captioned case effective April 1, 2025.

JOSEPH MEDICI
Federal Public Defender

*/s/ Karen Savir*
Karen Savir (KY Bar No. 92002)
Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the United States Attorney's Office, Atrium II, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202.

*s/Karen Savir*